Jeffrey D. Kaliel (SBN 238293)
**KALIEL GOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com

Sophia Goren Gold (SBN 307971)
**KALIEL GOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

Scott Edelsberg (SBN 330990)
**EDELSBERG LAW, P.A.**
1925 Century Park E, #1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelbserglaw.com

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIVA COPAKEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHAKE SHACK INC.,<br><br>Defendant. | Case No. 2:25-cv-01734-JLS-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. Josephine L. Staton |

1

Plaintiff Aviva Copaken, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1.    All Claims of Plaintiff, Aviva Copaken, individually, are hereby dismissed with prejudice.

2.    All claims for any unnamed member of the alleged class are hereby dismissed without prejudice.

3.    The parties are to bear their own costs.

Dated: March 17, 2025                              Respectfully submitted,

**KALIELGOLD PLLC**

By:/s/ *Jeffrey D. Kaliel*
Jeffrey D. Kaliel
Sophia G. Gold

2

NOTICE OF VOLUNTARY DISMISSAL